NUMBER 13-10-00088-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

GUILLERMO MARTIN, APPELLANT,


v.



LUZZIANA MARTIN, APPELLEE. 

_____________________________________________________________


On Appeal from the 404th District Court 


of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Benavides and Vela


Memorandum Opinion Per Curiam


 Appellant, Guillermo Martin, perfected an appeal from a judgment entered by the
404th District Court of Cameron County, Texas, in cause number 2008-07-4134-G. 
Appellant has filed a motion to dismiss the appeal on grounds that the parties have
reached an agreement to settle and compromise their differences. Appellant requests that
this Court dismiss the appeal without prejudice.

 The Court, having considered the documents on file and appellant's motion to
dismiss the appeal, is of the opinion that the motion should be granted. See Tex. R. App.
P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED
WITHOUT PREJUDICE. Costs will be taxed against appellant. See Tex. R. App. P. 42.1(d)
("Absent agreement of the parties, the court will tax costs against the appellant."). Having
dismissed the appeal at appellant's request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.



 PER CURIAM

Delivered and filed the 1st

day of April, 2010.